# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSE LUIS RODRIGUEZ | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-359-S-BN |
| DIRECTOR, TDCJ-CID | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 22. Petitioner filed objections. *See* ECF No. 26. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objections were made, and reviewed the remaining portions of the findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Petitioner's Motion for Relief Under Rule 60(b)(2) [ECF No. 21].

**SO ORDERED.**

SIGNED June 21, 2022.

_____
**UNITED STATES DISTRICT JUDGE**